EDWARDS WILDMAN PALMER LLP
Brian J. Green (BG 5761)
James T. Killelea (JK 3153)
Attorneys for Defendant
Care Professional Liability Association LLC
750 Lexington Avenue
New York, New York 10022
212.308.4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IMAGINE INTERNATIONAL REINSURANCE
LIMITED,

                         Plaintiff,                        11 Civ. 9531 (NRB)

    -against-

CARE PROFESSIONAL LIABILITY ASSOCIATION,    **DEFENDANT'S RULE 26 INITIAL**
LLC, f/k/a CARE PROFESSIONAL LIABILITY                     **DISCLOSURES**
ASSOCIATION HOLDINGS, LLC

                         Defendant.
-------------------------------------------------------------x

       Defendant Care Professional Liability Association LLC, f/k/a Care Professional Liability Association Holdings, LLC ("Care"), by its attorneys, Edwards Wildman Palmer LLP, without waiver of any available privileges or immunities, hereby provides initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) as follows:

(A)    **Identity of Persons with Discoverable Information:**

| NAME | ADDRESS | SUBJECT MATTER |
|---|---|---|
| Greg Cook | c/o Edwards Wildman Palmer LLP | Information related to the transaction at issue. |

       Care's investigation of the facts and circumstances relating to this proceeding is ongoing, and other persons with knowledge may be identified later in the litigation. Care will supplement this disclosure as appropriate under the Federal Rules of Civil Procedure.

(B) **Relevant Documents:**

Based on current information, Care has certain documents in its possession, custody, or control, that it may use to support its defenses and claims and will produce those documents in accordance with the appropriate deadlines.

Care's investigation of the facts and circumstances relating to this action is ongoing, and it may identify other documents later in the litigation. Care will supplement this disclosure as appropriate under the Federal Rules of Civil Procedure.

**Location:**

CARE Professional Liability Association, LLC
9300 Shelbyville Road, Suite 204
Louisville, Kentucky 40222

**Description by Category:**

Documents regarding the transaction at issue and the Start-Up Agreement at issue.

(C) **Computation of Damages:**

Other than costs, disbursements and attorneys' fees associated with the defense of this action, the total amount of which cannot yet fully be calculated, Care is not presently seeking any damages.

(D) **Insurance:**

None.

Care reserves the right to supplement these disclosures.

Date: March 30, 2012
New York, New York

                                                EDWARDS WILDMAN PALMER LLP

By: _____
      Brian J. Green (BG 5761)
      James T. Killelea (JK 3153)

Attorneys for Defendant
Care Professional Liability Association LLC
750 Lexington Avenue
New York, New York 10022
212.308.4411