UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IMAGINE INTERNATIONAL REINSURANCE LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CARE PROFESSIONAL LIABILITY ASSOCIATION, L.L.C. f/k/a CARE PROFESSIONAL LIABILITY ASSOCIATION HOLDINGS, L.L.C.,<br><br>Defendant. | Civil Action No. 11-CV-9531 (NRB) |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Imagine International Reinsurance Limited and Defendant Care Professional Liability Association, LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to dismiss this action with prejudice and pursuant to the terms and conditions of their Confidential Settlement Agreement, with all parties to bear their own costs and attorneys' fees.

1

Respectfully submitted,

_____
J. Gregory Lahr (JGL9969)
William J. Brennan (WB0742)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004
Tel. (212) 422-0202
Fax. (212) 422-0925
gregory.lahr@sedgwicklaw.com
william.brennan@sedgwicklaw.com

*Attorneys for Plaintiff*
IMAGINE INTERNATIONAL
REINSURANCE LIMITED

_____
Brian J. Green (BG 5761)
James T. Killelea (JK 3153)
EDWARDS WILDMAN PALMER LLP
750 Lexington Avenue
New York, New York 10022
Tel. (212) 308-4411

bgreen@edwardswildman.com

*Attorneys for Defendant*
CARE PROFESSIONAL LIABILITY
ASSOCIATION LLC

Dated: September 20, 2012

SO ORDERED: _____

DATED: _____

NY/1109156v1